JOHN J. BRUNETTI, ET AL. v. BOROUGH OF NEW MILFORD AND ARTHUR SCHUMACHER, ET AL.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN R. JIMINEZ.

July 11, 1989.

Certification to Superior Court, Law Division, is granted.